EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte:<br><br><br>Tamara González Durán | 2013 TSPR 41<br><br>188 DPR ____ |
|---|---|

Número del Caso: TS-17,315

Fecha: 9 de abril de 2013

Abogado de la parte Peticionaria:

      Por derecho Propio

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte


Tamara González Durán        TS-17315


RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de abril de 2013.

Examinada la *Moción en solicitud de cambio a estatus de abogada activa en el Registro Único de Abogados y Abogadas*, presentada por la abogada Tamara González Durán, se autoriza cambiar el estatus de la licenciada González Durán a abogada activa en el Registro Único de Abogados (RUA).

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo